# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv157

| | |
|---|---|
| FAY H. BECKHAM, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| GARLOCK SEALING TECHNOLOGIES, ) | |
| LLC, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Application for Admission to Practice *Pro Hac Vice* of Keith E. Coltrain for William T. Hassler as counsel in this matter for Metropolitan Life Insurance Company [Doc. 18].

Having reviewed the motion and finding it proper, it will be granted.

**IT IS, THEREFORE, ORDERED** that the Application for Admission to Practice *Pro Hac Vice* of Keith E. Coltrain for William T. Hassler as counsel in this matter for Metropolitan Life Insurance Company [Doc. 18] is hereby **GRANTED** and attorney William T. Hassler is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

Signed: June 28, 2012

Martin Reidinger
United States District Judge