IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv157

| | |
|---|---|
| FAY H. BECKHAM, and<br>RAYMOND MAX BECKHAM,<br>spouse,<br><br>        Plaintiffs,<br><br>        vs.<br><br>GARLOCK SEALING TECHNOLOGIES,<br>LLC, *et. al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER OF DISMISSAL**

**THIS MATTER** is before the Court on the parties' joint Motion to Dismiss Owens-Illinois, Inc. [Doc. 26].

No response in opposition to the motion has been filed and it will therefore be granted.

**IT IS, THEREFORE, ORDERED** that the parties' joint Motion to Dismiss Owens-Illinois, Inc. [Doc. 26] is hereby **GRANTED** and this action is hereby **DISMISSED** with prejudice as to the Defendant Owens-Illinois, Inc.

Signed: December 12, 2012

Martin Reidinger
United States District Judge