# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:09cv157

| | |
|---|---|
| FAY H. BECKHAM, and RAYMOND MAX BECKHAM, spouse, | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| GARLOCK SEALING TECHNOLOGIES, LLC, *et. al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the parties' joint Motion to Dismiss Owens-Illinois, Inc. [Doc. 26].

No response in opposition to the motion has been filed and it will therefore be granted.

**IT IS, THEREFORE, ORDERED** that the parties' joint Motion to Dismiss Owens-Illinois, Inc. [Doc. 26] is hereby **GRANTED** and this action is hereby **DISMISSED** with prejudice as to the Defendant Owens-Illinois, Inc.

Signed: December 12, 2012

Martin Reidinger
United States District Judge