IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:09cv157

| | |
|---|---|
| FAY H. BECKHAM and RAYMOND MAX BECKHAM, spouse,<br><br>Plaintiffs,<br><br>vs.<br><br>GARLOCK SEALING TECHNOLOGIES, LLC, a Delaware Corporation formerly known as Garlock, Inc., GENERAL ELECTRIC COMPANY, a New York Corporation, METROPOLITAN LIFE INSURANCE COMPANY, a New York Corporation, and NATIONAL SERVICES INDUSTRIES, INC., a Georgia Corporation formerly known as NSI Enterprises, Inc., formerly known as North Brothers, Inc.,<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court on the Joint Motion to Dismiss of Plaintiffs Fay H. Beckham and Raymond Max Beckham and Defendant General Electric Company [Doc. 28], the Joint Motion to Dismiss of Plaintiffs Fay H. Beckham and Raymond Max Beckham and Defendant Metropolitan Life Insurance Company [Doc. 29], and the Notice of Suggestion of Bankruptcy of Defendant Garlock Sealing Technologies, LLC

[Doc. 30].

For the reasons stated in the motions, they will be granted. The Court is advised that Defendant National Services Industries, Inc. is also in bankruptcy and that the notice thereof was filed in the Multidistrict Litigation docket.

**IT IS, THEREFORE, ORDERED** as follows:

1. The Joint Motion to Dismiss of Plaintiffs Fay H. Beckham and Raymond Max Beckham and Defendant General Electric Company [Doc. 28] is hereby **GRANTED** and this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant General Electric Company;

2. The Joint Motion to Dismiss of Plaintiffs Fay H. Beckham and Raymond Max Beckham and Defendant Metropolitan Life Insurance Company [Doc. 29] is hereby **GRANTED** and this action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Metropolitan Life Insurance Company;

3. This action is hereby **STAYED** as to Defendants Garlock Sealing Technologies, LLC and National Services Industries, Inc.

4. The Clerk of Court is instructed to administratively close this action.

Signed: March 14, 2013

Martin Reidinger
United States District Judge